UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH BARTON,<br>Plaintiff,<br>v.<br>U.S. DEPARTMENT OF THE INTERIOR and NATIONAL PARTK SERVICE,<br>Defendants. | No. 2:26-cv-1545 AC<br><br>ORDER |

The court is in receipt of the pro se plaintiff's motion to participate in electronic filing pursuant to Local Rule 133(b)(3). ECF No. 15. The court has reviewed the motion and DENIES it. Although the Eastern District of California is an electronic management/filing district, unrepresented persons are required to file and serve paper documents unless the assigned District Judge or Magistrate Judge grants leave to utilize electronic filing. L.R. 133(a), (b)(2). A pro se party may bring a request to use electronic filing. L.R. 133(b)(3). Once plaintiff is approved to file documents electronically, the plaintiff will no longer receive any documents by mail and the court will not accept paper documents from plaintiff, meaning plaintiff can no longer mail in any filings. A motion to e-file must make clear whether plaintiff is familiar with the requirements applicable to electronic filing in this court, and whether plaintiff has access to the hardware and software needed for electronic filing.

Plaintiff's motion does not provide any information regarding his ability to e-file, stating only that "Travel to and from the Court house is very challenging and difficult for my situation." ECF No. 15 at 1. The court notes that plaintiff does not need to appear at the court in person to file documents, he may submit them by mail. Because it is not clear that plaintiff has the ability to participate in e-filing, the motion (ECF No. 15) is DENIED.

DATED: October 27, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE